UNITED STATES of America,
Plaintiff–Appellee,

v.

Anthony Tyrone BROWN,
Defendant–Appellant.

No. 08–10601

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 26, 2010.

Kristen Gartman Rogers, Christopher Knight, Federal Public Defender, Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before BLACK, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Anthony Tyrone Brown, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brown's conviction and sentence are **AFFIRMED.**